UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS Case No. EARPLUG PRODUCTS LIABILITY LITIGATION | 3:19-md-2885 |
| | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |
| This Document Relates to:<br> Anthony Joseph Mack<br>  F/K/A Anthony Joseph Johnson | |
| PLAINTIFF, | MASTER SHORT FORM COMPLAINT AND |
| and<br>Leann Mary Mack, | JURYTRIAL DEMAND |
| PLAINTIFF | |
| | Civil Action No: |
| v. | |
| 3M COMPANY,<br>3M OCCUPATIONAL SAFETY LLC<br>AEARO HOLDING LLC,<br>AEARO INTERMEDIATE LLC,<br>AEARO LLC,<br>and AEARO TECHNOLOGIES LLC,<br><br>DEFENDANTS. | |

**MASTER SHORT FORM COMPLAINT AND JURY TRIAL DEMAND**

1

Plaintiff incorporates by reference the Master Long Form Complaint and Jury Trial Demand filed in *In re: 3M Combat Arms Earplug Products Liability Litigation* on September 20, 2019. Pursuant to Pretrial Order No. 5, this Short Form Complaint adopts the allegations, claims, and requested relief as set forth in the Master Long Form Complaint. As necessary herein, Plaintiff(s) may include: (a) additional claims and allegations against Defendants, as set forth in Paragraphs 10 and 11 or an additional sheet attached hereto; and/or (b) additional claims and allegations against other Defendants not listed in the Master Long Form Complaint, as set forth in Paragraphs 12 and 13 or an additional sheet attached hereto.

Plaintiff(s) further allege(s) as follows:

## I. DEFENDANTS

1. Plaintiff(s) name(s) the following Defendants in this action:

    __X__   3M Company

    __X__   3M Occupational Safety LLC

    __X__   Aearo Holding LLC

    __X__   Aearo Intermediate LLC

    __X__   Aearo LLC

    __X__   Aearo Technologies LLC

## II. PLAINTIFF(S)

2. Name of Plaintiff:

> Anthony Joseph Mack

3. Name of spouse of Plaintiff (if applicable to loss of consortium claim):

> Leann Mary Mack

4. Name and capacity (*i.e.*, executor, administrator, guardian, conservator, etc.) of other Plaintiff, if any:

> NA

5. State(s) of residence of Plaintiff(s):

> Minnesota

### III. JURISDICTION

6. Basis for jurisdiction (diversity of citizenship or other):

> Diversity of Citizenship

7. Designated forum (United States District Court and Division) in which venue would be proper absent direct filing:

> United States District Court for District of Minnesota

IV. **USE OF DUAL-ENDED COMBAT ARMS EARPLUG**

    8.    Plaintiff used the Dual-Ended Combat Arms Earplug:

      __X__    Yes

      _____    No

V. **INJURIES**

    9. Plaintiff alleges the following injuries and/or side effects as a result of using the Dual-Ended Combat Arms Earplug:

      _____    Hearing loss

      __X__    Sequelae to hearing loss

      __X__    Other [specify below]

                  Tinnitus

VI. **CAUSES OF ACTION**

    10.    Plaintiff(s) adopt(s) in this Short Form Complaint the following claims asserted in the Master Long Form Complaint and Jury Trial Demand, and the allegations with regard thereto as set forth in the Master Long Form Complaint and Jury Trial Demand:

      __X__    Count I – Design Defect – Negligence

      __X__    Count II – Design Defect – Strict Liability

      __X__    Count III – Failure to Warn – Negligence

      __X__    Count IV – Failure to Warn – Strict Liability

__X__   Count V – Breach of Express Warranty

__X__   Count VI – Breach of Implied Warranty

__X__   Count VII – Negligent Misrepresentation

__X__   Count VIII – Fraudulent Misrepresentation

__X__   Count IX – Fraudulent Concealment

__X__   Count X – Fraud and Deceit

__X__   Count XI – Gross Negligence

__X__   Count XII – Negligence Per Se

__X__   Count XIII – Consumer Fraud and/or Unfair Trade Practices

__X__   Count XIV – Loss of Consortium

__X__   Count XV – Unjust Enrichment

__X__   Count XVI – Punitive Damages

_____   Count XVII – Other [specify below]

11. If additional claims against the Defendants identified in the Master Long Form Complaint and Jury Trial Demand are alleged in Paragraph 10, the facts supporting these allegations must be pleaded. Plaintiff(s) assert(s) the following factual allegations against the Defendants identified in the Master Long Form Complaint and Jury Trial Demand:

[ ]

12. Plaintiff(s) contend(s) that additional parties may be liable or responsible for Plaintiff(s)' damages alleged herein. Such additional parties, who will be hereafter referred to as Defendants, are as follows (must name each Defendant and its citizenship):

[ ]

13. Plaintiff(s) assert(s) the following additional claims and factual allegations against other Defendants named in Paragraph 12:

Plaintiff served in the US Airforce from May 7, 2002, until January 3, 2005. Plaintiff served at the following duty station, Lackland Airforce Base in San Antonio, Texas from May 7, 2002, until January 3, 2005. During this time he was part of the security force on base. Plaintiff served in the Air Force Reserves from January 3, 2005 until August 2006. He was also a weapons instructor in 2005, at which time he used the 3M Combat Arms earplugs.

**WHEREFORE,** Plaintiff(s) pray(s) for relief and judgment against Defendants and all such further relief that this Court deems equitable and just as set forth in the Master Long Form Complaint and Jury Demand and any additional relief to which Plaintiff(s) may be entitled.

Dated:  February 2, 2022

By: /s/ Barbara N. Nevin
   Attorney ID No.: 79261
   Milavetz Law, P.A.
   Attorneys for Petitioner
   1915 – 57th Avenue North
   Brooklyn Center, MN 55430
   (763) 560-0000
   bnevin@milavetzlaw.com